UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELI BICKERTON,<br><br>           Plaintiff,<br>       v.<br><br>HYATT CORPORATION,<br><br>           Defendants, | Case No. C20-397 RSL-TLF<br><br>ORDER STAYING PROCEEDINGS |

This matter comes before the Court on the parties' Stipulated Motion and Proposed Order Staying Case. Dkt. 19. The parties inform the Court that they seek a six month stay of proceedings because the current COVID-19 pandemic has caused defendant operational disruptions. *Id.* The parties also indicate that the current pandemic has made it difficult to proceed with standard litigation procedures. *Id.*

The Court, having reviewed the record and the parties' Stipulated Motion hereby ORDERS:

(1) The parties Stipulated Motion (Dkt. 19) is GRANTED. The proceedings will be stayed until October 27, 2020.

(2) All pending deadlines are stricken.

(3) On or before October 27, 2020, the parties shall file an updated joint status report and proposed schedule for this action. At that point the Court will issue a scheduling order.

ORDER STAYING PROCEEDINGS - 1

(4) If the parties request an additional stay on or before October 27, 2020, the parties shall provide an explanation of why the extension of the stay is warranted and necessary.

Dated this 30th day of April, 2020.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge