HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELI BICKERTON,<br><br>Plaintiff,<br><br>v.<br><br>HYATT CORPORATION, et al.,<br><br>Defendants. | Case No. 2:20-cv-397RSL<br><br>**JOINT STIPULATION TO DISSEMINATE CORRECTIVE POSTCARD NOTICE** |

JOINT STIPULATION TO DISSEMINATE
CORRECTIVE POSTCARD NOTICE
CASE NO. 2:20-cv-397RSL

ACKERMANN & TILAJEF, P.C.
2602 North Proctor Street, Suite 205
Tacoma, Washington 98406
T. (253) 676-8440 | F. (253) 676-8441

Plaintiff Eli Bickerton ("Plaintiff") and Defendants Hyatt Corporation, Hyatt Corporation DBA Hyatt Olive 8, and Hyatt Corporation DBA Grand Hyatt Seattle ("Defendants") (together, the "Parties") hereby notify the Court as follows:

**WHEREAS**, after a productive exchange of informal discovery and class data and information, and after informed, arms-length, and non-collusive negotiations, including participating in two private mediation sessions with highly respected wage-and-hour mediator, Nancy Maisano, as well as subsequent negotiations via phone calls and email correspondence over a period of several weeks, the Parties resolved this matter on a class-wide basis and entered into the Class Action Settlement Agreement [Dkt. No. 37-1];

**WHEREAS**, Plaintiff filed his Unopposed Motion for Preliminary Approval of Class Action Settlement on September 6, 2022 [Dkt No. 36];

**WHEREAS**, in the Court's Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (the "PA Order'), the Court preliminarily approved the Parties' Class Action Settlement Agreement on November 21, 2022 [Dkt. No. 40] and directed the mailing of the Class Notice to the Class Members;

**WHEREAS**, pursuant to the PA Order, the Settlement Administrator timely disseminated the Class Notice to Class Members on January 5, 2023;

**WHEREAS**, on January 31, 2023, counsel for Defendants informed Plaintiff's counsel that approximately 214 individuals had been erroneously included in the class list provided to the Settlement Administrator (these 214 individuals shall be referred to as "Non-Class Member Individuals" for purposes of this Stipulation), as Defendants' counsel had determined the Non-Class Member Individuals did not meet the definition of a "Class Member" under the Settlement Agreement and wished to correct the issue after meeting and conferring with Plaintiff's counsel;

**WHEREAS**, the Non-Class Member Individuals have received the Class Notice by mistake;

**WHEREAS**, the Parties agree that the Non-Class Member Individuals are not Class Members in this case, and therefore they should not receive any money under the settlement, and they will not release any claims against Defendants.

**WHEREAS**, in order to correct the issue of the Non-Class Member Individuals' receipt of

JOINT STIPULATION TO DISSEMINATE  
CORRECTIVE POSTCARD NOTICE  
CASE NO. 2:20-cv-397RSL

ACKERMANN & TILAJEF, P.C.  
2602 North Proctor Street, Suite 205  
Tacoma, Washington 98406  
T. (253) 676-8440 | F. (253) 676-8441

the Class Notice by mistake, the Parties wish to send a corrective postcard notice to the Non-Class Member Individuals that will, among other information, advise them that they received the original Class Notice by mistake, that they are not (and never were) Class Members in this case, that they will not get any money under the settlement, and they will not release any claims against Defendants.

**WHEREAS**, the Parties' proposed corrective postcard notice to be sent to the Non-Class Member Individuals inadvertently included in the class list is attached hereto as **Exhibit A**.

**WHEREAS**, the Parties do not believe that all Class Members need to be advised of the inadvertent inclusion of the individuals because the exclusion of the Non-Class Member Individuals only increases the relative share of the settlement that Class Members will receive;

**WHEREAS**, Defendants will separately pay the costs associated with the dissemination of the corrective postcard notice to the Non-Class Member Individuals;

**NOW THEREFORE**, in light of the Parties' agreement, the Parties hereby stipulate and request that the Court authorize dissemination of the corrective postcard notice attached hereto as **Exhibit A**.

**IT IS SO STIPULATED.**

DATED:  February 13, 2023                                             Respectfully submitted,


/s/Craig J. Ackermann                                                     /s/Ryan McCoy
Craig J. Ackermann, WSBA #53330                              Helen M. McFarland, WSBA #51012
Brian Denlinger, WSBA #53177                                   SEYFARTH SHAW LLP
ACKERMANN & TILAJEF, P.C.                                   999 Third Avenue, Ste. 3000
2602 North Proctor Street, #205                                    Seattle, WA 98104
Tacoma, WA 98406                                                       Phone:  (206) 946-4923
Phone: (310) 277-0614                                                  Email:   hmcfarland@seyfarth.com
Fax:     (310) 277-0635
Email:  cja@ackermanntilajef.com                               Noah A. Finkel (admitted pro hac vice)
            bd@ackermanntilajef.com                                  SEYFARTH SHAW LLP
                                                                                      233 S. Wacker Drive
                                                                                      Suite 8000
India Lin Bodien, WSBA #44898                                  Chicago, Illinois 60603
Law Offices of India Bodien, Esq.                                Phone: (312) 460-5000
2522 North Proctor Street, #387                                   Email:  nfinkel@seyfarth.com
Tacoma, WA 98406-5338
Tel:    (253) 212-7913
Email: india@indialinbodienlaw.com                           Ryan McCoy (admitted pro hac vice)
                                                                                      SEYFARTH SHAW LLP
Attorneys for Plaintiff Eli Bickerton                               560 Mission Street

Suite 3100
San Francisco, California 94105
Phone: (415) 397-2823
Email: rmccoy@seyfarth.com

Attorneys for Defendant Hyatt Corporation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO DISSEMINATE
CORRECTIVE POSTCARD NOTICE
CASE NO. 2:20-cv-397RSL

ACKERMANN & TILAJEF, P.C.
2602 North Proctor Street, Suite 205
Tacoma, Washington 98406
T. (253) 676-8440 | F. (253) 676-8441

**ORDER**

Having considered the joint stipulation submitted by the Parties and for good cause appearing, the Court hereby authorizes the Parties, through the Settlement Administrator, to disseminate the corrective postcard notice to the approximately 214 Non-Class Member Individuals who were inadvertently included in the class list provided to the Settlement Administrator and sent a Class Notice. If the parties have email addresses for these Non-Class Member Individuals, the corrective notice should also be disseminated by email. Defendants will separately pay the Settlement Administrator costs associated with dissemination of the corrective postcard and, if applicable, email notice.

**IT IS SO ORDERED.**

Dated: February 14, 2023.

_____
HONORABLE ROBERT S. LASNIK

JOINT STIPULATION TO DISSEMINATE
CORRECTIVE POSTCARD NOTICE
CASE NO. 2:20-cv-397RSL

ACKERMANN & TILAJEF, P.C.
2602 North Proctor Street, Suite 205
Tacoma, Washington 98406
T. (253) 676-8440 | F. (253) 676-8441