HONORABLE ROBERT S. LASNIK
HONORABLE THERESA L. FRICKE
HEARING DATE: APRIL 27, 2023
MOVING PARTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **ELI BICKERTON,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HYATT CORPORATION**, a Delaware corporation, **HYATT CORPORATION DBA HYATT OLIVE 8**, a Delaware corporation, **HYATT CORPORATION DBA GRAND HYATT SEATTLE**, a Delaware corporation, and **DOES 1-25**, inclusive,<br><br>Defendants. | Case No.: **2:20-cv-00397-RSL-TSF**<br><br>**ORDER AND FINAL JUDGMENT GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: April 27, 2023<br>Time: 11:00 a.m. |

ORDER AND FINAL JUDGMENT
GRANTING FINAL APPROVAL
Case No. 2:20-CV-00397-RSL-TSF

1

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST., STE. 205
TACOMA, WA 98406
P: (253) 625-7720   F: (253) 276-0081

1      The Court, having read and considered all of the papers of the Parties and their counsel, including Plaintiff's Motion for Final Approval of Class Action Settlement and Plaintiff's Memorandum of Points and Authorities in Support of Motion for Attorneys' Fees and Costs and Class Representative Service Award, filed on January 19, 2023 ("Fees Motion"); having granted preliminary approval on November 21, 2022 ("Preliminary Approval Order"); and good cause appearing, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure ("FRCP"), HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:

      1.      The Court grants final approval of the Settlement based upon the terms set forth in the Parties' Settlement Agreement ("Settlement Agreement").

      2.      For settlement purposes only, the Court certifies the Class, as defined in the Court's November 21, 2022 Order Granting Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement as follows:

> All individuals who resided in Washington State and who were employed at Hyatt Regency Seattle, Grand Hyatt Seattle, Hyatt at Olive 8 or Thompson Seattle by one or more Released Parties on an hourly basis, at any time from February 11, 2017 through April 22, 2022 (collectively, "Class Members").

      3.      The Court hereby finds that the Notice of Class Action Settlement, which was mailed and emailed to all Class Members as ordered by the Court, fairly and adequately described the terms of the proposed Settlement Agreement. The Court further finds that the Notice of Class Action Settlement fairly and adequately described the manner in which Class Members could object to the settlement, and the manner in which Class Members could opt out of the Class; was the best notice practicable under the circumstances; was valid, due and sufficient notice to all Class Members; and complied fully with FRCP Rule 23(e)(1)(B), due process, and all other applicable laws. The Court further finds that a full and fair opportunity has been afforded to Class Members to participate in the proceedings convened to determine whether the proposed Settlement Agreement should be given final approval. Accordingly, the Court hereby determines that, since there were only four requests for exclusion, all 1,701 Settlement Class Members are bound by this final Order and shall be deemed to have released any claims described in the Settlement Agreement (the "Released Claims").

      4.      The Court finds that the Settlement Agreement is fair, reasonable, and adequate as to

ORDER AND FINAL JUDGMENT
GRANTING FINAL APPROVAL
Case No. 2:20-CV-00397-RSL-TSF

2

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST., STE. 205
TACOMA, WA 98406
P: (253) 625-7720   F: (253) 276-0081

the Class, Plaintiff, and Defendants, and is the product of good faith, arm's-length negotiations between the Parties, and further, that the Settlement Agreement is consistent with public policy, and fully complies with all applicable provisions of law. Accordingly, the Court hereby finally and unconditionally approves the Settlement Agreement pursuant to FRCP 23(e)(2), and specifically:

    a.    Approves the $1,028,000.00 Total Settlement Amount;

    b.    Approves the distribution of the Net Settlement Amount to Settlement Class Members in the manner specified in and subject to the terms of the Settlement Agreement with the following modification: as discussed during the final approval hearing, a postcard shall accompany the Settlement checks, informing Class Members that the enclosed check is the payment they are entitled to as a result of the Class Action settlement;

    c.    Approves the Class Representative Service Award of $15,000.00 to the Class Representative;

    d.    Approves Class Counsel's requested fees award of $257,000.00, which is twenty-five percent (25%) of the Total Settlement Amount, and is to be paid from the Total Settlement Amount;

    e.    Approves Class Counsel's request for reimbursement of litigation expenses of $7,764.95[1] to be paid from the Total Settlement Amount;

    f.    Approves payment to CPT Group, Inc., the Settlement Administrator, of Administration Costs in the amount of $18,500.00 to be paid from the Total Settlement Amount; and

    g.    Approves and orders that in all other particulars the Settlement Agreement be carried out by the Parties and the Settlement Administrator subject to the terms thereof.

5.    The Court orders that, following the Effective Date as defined in the Settlement Agreement, the Parties and the Settlement Administrator shall carry out the following implementation schedule for further actions and proceedings:

| Within 15 business days of Settlement Effective Date | Deadline for Defendant to fund the settlement |
|---|---|

---

[1] The Settlement Agreement actually contemplates litigation cost reimbursement in the amount of $20,000.00, which was already preliminarily approved by the Court and noticed to the Class; however, Class Counsel is only seeking reimbursement for their actual litigation costs incurred. CJA Decl., ¶¶ 23-24; ILB Decl., ¶ 15.

ORDER AND FINAL JUDGMENT  
GRANTING FINAL APPROVAL  
Case No. 2:20-CV-00397-RSL-TSF  
3  
ACKERMANN & TILAJEF, P.C.  
2602 N. PROCTOR ST., STE. 205  
TACOMA, WA 98406  
P: (253) 625-7720   F: (253) 276-0081

| | |
|---|---|
| Within 30 business days of the Settlement Effective Date | Deadline for Settlement Administrator to mail the Individual Settlement Payments and accompanying notices to eligible Settlement Class Members; pay the appropriate taxes to the appropriate taxing authorities; make payment of Court approved attorneys' fees and costs to appropriate counsel; and make payment of the Class Representative Payment |
| 180 days after issuance of Settlement checks | Uncashed checks shall be sent by the Settlement Administrator to the Washington State Department of Revenue Unclaimed Property Fund with the associated name of the Class Member |
| 200 days after issuance of Settlement checks | Class counsel to file a declaration from the Settlement Administrator confirming that uncashed checks were sent to the Washington State Department of Revenue Unclaimed Property Fund, informing the Court of the number of unclaimed checks, and providing the Court with the language used in the notice accompanying the Individual Settlement Payments |

6. This action is hereby dismissed with prejudice; provided, however, that without affecting the finality of this Order, the Court retains exclusive and continuing jurisdiction over the case for purposes of supervising, implementing, interpreting and enforcing this Order and the Settlement Agreement, as may become necessary, until all of the terms of the Settlement Agreement have been fully carried out.

7. Upon the Settlement Effective Date, Plaintiff and all Settlement Class Members shall be and hereby are enjoined from filing, initiating or continuing to prosecute any actions, claims, complaints, or proceedings with respect to the Released Claims.

8. Based on the court's order granting final approval to the parties' settlement, the Court also hereby ENTERS FINAL JUDGMENT on the Settlement.

ORDER AND FINAL JUDGMENT
GRANTING FINAL APPROVAL
Case No. 2:20-CV-00397-RSL-TSF

4

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST., STE. 205
TACOMA, WA 98406
P: (253) 625-7720   F: (253) 276-0081

**IT IS SO ORDERED.**

Dated: May 1, 2023

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER AND FINAL JUDGMENT
GRANTING FINAL APPROVAL
Case No. 2:20-CV-00397-RSL-TSF

5

ACKERMANN & TILAJEF, P.C.
2602 N. PROCTOR ST., STE. 205
TACOMA, WA 98406
P: (253) 625-7720   F: (253) 276-0081