HONORABLE ROBERT S. LASNIK
HONORABLE THERESA L. FRICKE
HEARING DATE: APRIL 27, 2023
MOVING PARTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **ELI BICKERTON,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HYATT CORPORATION**, a Delaware corporation, **HYATT CORPORATION DBA HYATT OLIVE 8**, a Delaware corporation, **HYATT CORPORATION DBA GRAND HYATT SEATTLE**, a Delaware corporation, and **DOES 1-25**, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00397-RSL-TLF<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARD TO PLAINTIFF**<br><br>Date: April 27, 2023<br>Time: 11:00 a.m. |

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR ATTORNEYS'
FEES, COSTS, AND SERVICE AWARD
Case No. 2:20-CV-000397-RSL-TLF

ACKERMANN & TILAJEF, P.C.
2602 NORTH PROCTOR STREET, STE. 205
TACOMA, WA 98406
P: (253) 625-7720   F: (253) 276-0081

The Court, having read and considered all of the papers of the Parties and their counsel, including Plaintiff's Memorandum of Points and Authorities in Support of Motion for Attorneys' Fees and Costs and Class Representative Service Award, filed on or around January 19, 2023; and good cause appearing, pursuant to Rule 23(h) and 54(d) of the Federal Rules of Civil Procedure, HEREBY ORDERS AS FOLLOWS:

1. The Court finds and determines that reasonable attorneys' fees should be awarded to Ackermann & Tilajef, P.C. and India Lin Bodien, Attorney at Law, counsel for Plaintiff Eli Bickerton and the Settlement Class, of 25% of the Total Settlement Amount of $1,028,000.00. Specifically, the Court awards and grants final approval of the sum of $257,000.00 from the Total Settlement Amount as reasonable attorneys' fees.

2. The Court finds and determines that $7,764.95 in costs is awarded to Ackermann & Tilajef, P.C. and India Lin Bodien, Attorney at Law. These costs were reasonably incurred by Class Counsel, and Class Counsel shall be reimbursed their costs from the Total Settlement Amount.[1]

3. The Court also finds and determines that a Service Award in the total amount of $15,000.00 is awarded to the Class Representative and named Plaintiff, Eli Bickerton.

**IT IS SO ORDERED.**

Dated: May 1, 2023

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Class Counsel is requesting reimbursement for litigation costs in amount less than the amount already preliminarily approved by this Court and noticed to the Class, of up to $20,000.00.

2

ORDER GRANTING PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES, COSTS, AND
SERVICE AWARD
Case No. 2:20-CV-00397-RSL-TSF

ACKERMANN & TILAJEF, P.C.
2602 N. Proctor St., Ste. 205
Tacoma, WA 98406
P: (253) 625-7720   F: (253) 276-0081